

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00116-CV

Rodulfo **MENDEZ**,
Appellant

v.

**CITY OF SAN ANTONIO CODE COMPLIANCE**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014TA102976
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed: April 24, 2019

DISMISSED

Appellant has not paid the applicable filing fee in this appeal. *See* TEX. R. APP. P. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.").

On March 27, 2019, this court ordered appellant to: (1) pay the applicable filing fee in this appeal, or (2) provide written proof to this court that he is excused by statute or the rules from paying the filing fee. The order advised appellant that his failure to do so within fifteen days would

result in dismissal of this appeal. *See* TEX. R. APP. P. 5, 42.3(c). Because appellant has failed to pay the filing fee or provide written proof that he is excused from paying the filing fee, we dismiss this appeal. *See id.*

PER CURIAM